

**Custom Chutes, Inc.**
1218 50th Avenue Plaza West
Bradenton, Florida 34207
Tel: 941-753-4818
Fax: 941-755-9799

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/2009 | 1873196 |

**PAID**

**Bill To**
OCEAN ISLE BEACH WATERSPORTS, NC
BARRETT McMULLAN
65 CAUSEWAY DRIVE
OCEAN ISLE BEACH, NC 28469
THE FLYING FISH

**Ship To**
OCEAN ISLE BEACH WATERSPORTS, NC
BARRETT McMULLAN
65 CAUSEWAY DRIVE
OCEAN ISLE BEACH, NC 28469
THE FLYING FISH

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | CREDIT CARD | CJA | 4/2/2009 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,000 | 309 | 7/16THS TOWLINE | 0.76 | 760.00T |
| 1,000 | 307 | 7/16THS ESTERLON | 0.85 | 850.00T |
|  | 00 | CUSTOMER DISCOUNT 46' chutes | -847.00 | -847.00 |
|  | 0001 | SHIPPING AND HANDLING | 40.00 | 40.00T |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**Total**  $803.00


EXHIBIT A