Commercial Water Sports, Inc.
28 Clermont Drive
Cape May Ct. Hse., NJ 08210-1157

www.cwsboats.com

Voice: 609-624-3404
Fax: 609-624-3402

# Invoice

Invoice Number:
3840
Invoice Date:
Jan 5, 2009
Page:
1

**Sold To:**
Custom Chutes
1218 50th Avenue Plaza West
Bradenton, FL 34207

**Ship to:**
Custom Chutes
1218 50th Avenue Plaza West
Bradenton, FL 34207

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Custom Chutes | | Net Due | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | UPS Ground | 1/5/09 | 1/5/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | R 1200 | Towline 1200 3/8th | 675.00 | 675.00 |
| 2.00 | R 1000 | Towline 1,000 7/16 | 750.00 | 1,500.00 |
| 4.00 | Pawl | Level Winder Pawl | 68.30 | 273.20 |

| | |
|---|---|
| Subtotal | 2,448.20 |
| Total Invoice Amount | 2,448.20 |
| Payment/Credit Applied | |
| TOTAL | 2,448.20 |

Check/Credit Memo No:

Thank you for your business. CWS now has a policy in effect that a restocking fee of 20% may apply to any returned merchandised as well as a policy that freight is non-refundable.