

Commercial Water Sports, Inc.
28 Clermont Drive
Cape May Ct. Hse., NJ 08210-1157

www.cwsboats.com

Voice: 609-624-3404
Fax: 609-624-3402

# Invoice

Invoice Number:
4054
Invoice Date:
Jul 6, 2009
Page:
1

**Sold To:**
NC Watersports Inc.
65 Causeway Drive
Ocean Isle Beach, NC 28469-7505

**Ship to:**
Ocean Isle Beach Watersports, Inc.
65 Causeway Drive
Ocean Isle Beach, NC 28469-7505

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Barrett | | C C | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | UPS Ground | 8/5/09 | 8/5/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | BRASS | BRASS SHAFT - LONG | 374.85 | 374.85 |
| 1.00 | | Large Level Wind Block | 289.00 | 289.00 |
| 1.00 | 4 | Shipping, Handling & Insurance | 18.00 | 18.00 |
| 1.00 | R 1000 | Towline 1,000 7/16 | 750.00 | 750.00 |
| 1.00 | 4 | Shipping, Handling & Insurance | 40.00 | 40.00 |

Check/Credit Memo No: Visa 615190

| | |
|---|---|
| Subtotal | 1,471.85 |
| Total Invoice Amount | 1,471.85 |
| Payment/Credit Applied | 1,471.85 |
| **TOTAL** | **0.00** |

Thank you for your business. CWS now has a policy in effect that a restocking fee of 20% may apply to any returned merchandised as well as a policy that freight is non-refundable.