UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

No. 7:09-CV-157-F

| | |
|---|---|
| In the Matter of: )<br>)<br>OCEAN ISLE BEACH WATER SPORTS, )<br>INC., Owner; and NC WATERSPORTS, )<br>INC., Charterer of the 2007 Model )<br>Ocean Pro 31, M/V TIED HIGH, )<br>Official Number 1195615, Hull )<br>Identification Number CNXO0069J607, )<br>her Engines, Tackle, and Apparel for )<br>Exoneration from or Limitation of )<br>Liability ) | <u>O R D E R</u> |

This matter is before the court on motion [DE-104]of claimants, David A. Woodcock, Administrator of the Estate of Cynthia Diane Collins Woodcock; Stephen G. Shoup, Executor of the Estate of Lorrie Beth Shoup; and Robert Alan Whitman, individually and as next friend of his children BRW, a minor, and PSW, a minor, BSW, a minor, and AEW, a minor, to lift the stay [DE-91] imposed herein on April 21, 2010. This court's order of November 3, 2011 [DE-111] recognized the appearance of Walter C. Holten, Jr. as substitute counsel for the limitation plaintiffs. No response has been filed, however, to the claimants' motion [DE-104] to lift the stay and for an order to show cause why the limitation plaintiffs should not be ordered to pay the sum of $100,000.00 into the Clerk of Court, with interest, pursuant to the Ad Interim Stipulation [DE-11] and this court's order of September 30, 2009 [DE-12].

For good cause shown and without objection by the limitation plaintiffs, it is ORDERED that the stay entered herein on April 21, 2010, hereby is LIFTED. It further is ORDERED that the limitation plaintiffs shall show cause in writing within **fourteen (14) days** of the date of this order, why they should not be ordered to pay into the court the principal sum of

$100,000.00, together with interest, pursuant to their Ad Interim Stipulation [DE-11] and this court's order of September 30, 2009 [DE-12].

**The limitation plaintiffs are cautioned that their failure to show cause, if any there be, as directed herein will result in an order awarding as uncontested the relief sought in the claimants' motion [DE-104].**

SO ORDERED.

This, the 1st day of December, 2011.

                                        JAMES C. FOX
                                        Senior United States District Judge