UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

No. 7:09-CV-157-F

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| OCEAN ISLE BEACH WATER SPORTS, ) | |
| INC., Owner; and NC WATERSPORTS, ) | |
| INC., Charterer of the 2007 Model ) | |
| Ocean Pro 31, M/V TIED HIGH, ) | |
| Official Number 1195615, Hull ) | |
| Identification Number CNXO0069J607, ) | O R D E R |
| her Engines, Tackle, and Apparel for ) | |
| Exoneration from or Limitation of ) | |
| Liability ) | |

Counsel for the claimants in this action have responded to this court's order [DE-173] directing them to confer and file a stipulation concerning the distribution among them of the Ad Interim Stipulation Fund. See Motion for Disbursement of Funds [DE-174]. The court hereby ADOPTS the claimants' motion as correctly stating a summary of this litigation.

The court DIRECTS the Clerk of Court to disburse the Ad Interim Stipulation fund as follows:

  a. David A. Woodcock, Administrator of the Estate of Cynthia Diane Collins Woodcock, the sum of $46,000.00

  b. Stephen G. Shoup, Personal Representative of the Estate of Lorrie Beth Shoup - Estate, the sum of $40,000.00

  c. Robert Alan Whitman, Individually, the sum of $14,000.00.

The Clerk of Court is DIRECTED to close this case upon disbursement of funds as directed herein.

SO ORDERED. This, the 19th day of December, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge